# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOMOOKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY, *et al.*<br><br>　　　　　Defendants. | Case No. 1:22-cv-00942-AWI-CDB<br><br>ORDER GRANTING STIPULATION TO SUBMIT MATTER TO ARBITRATION AND STAY MATTER<br><br>(ECF No. 30) |

Plaintiff Mary Tomooka ("Plaintiff") filed this action on July 28, 2022. (ECF No. 1). On October 10, 2022, Plaintiff and Defendant American Express National Bank ("American Express"), filed a stipulation to stay this action as to American Express, and to submit all claims against American Express only to arbitration. (ECF No. 30).[1]

On October 20, 2022, the Court convened all parties for a status conference on Plaintiff and American Express' stipulation. Based on the parties' representations in the stipulation and made during the status conference, the Court finds good cause exists to grant the parties' stipulated requests.

Accordingly, IT IS HEREEBY ORDERED that:

1. This action as to American Express is STAYED pending arbitration;

---

[1] The parties failed to include with the stipulation, and failed to email to chambers, a proposed order, in violation of Local Rule 137 and 143. The Court directs the parties to review, become familiar with and follow all Local Rules.

1

2. Plaintiff and American Express shall file a joint notice informing the Court of the status of scheduling arbitration with JAMS within **twenty-one (21) days of this order**;

3. Plaintiff and American Express shall file a joint notice informing the Court of the status of arbitration every **one hundred eighty (180) days**; and

4. Within **fourteen (14) days** of the completion of arbitration, Plaintiff and American Express shall file a notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued pursuit of this case.

IT IS SO ORDERED.

Dated:   **October 24, 2022**

UNITED STATES MAGISTRATE JUDGE