UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOMOOKA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY., *et al*.<br><br>　　　　Defendants. | Case No. 1:22-cv-00942-AWI-CDB<br><br>ORDER ON STIPULATION GRANTING LEAVE TO DEFENDANT EXPERIAN TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 46) |

　　Plaintiff Mary Tomooka ("Plaintiff") filed a complaint against Defendants on July 28, 2022. (Doc. 1). Defendant Experian Information Solutions, Inc. ("Experian") filed an answer to the complaint on September 14, 2022. (Doc. 25). Pending before the Court is the stipulation of Plaintiff and Experian, filed March 9, 2023, in which the parties seek leave for Experian to file an amended answer to Plaintiff's complaint. (Doc. 46).

　　Based on the representations of the parties in the stipulation and for good cause appearing, IT IS HEREBY ORDERED that Experian is granted leave to file its first amended answer as proposed and attached to the stipulation.

/ / /

/ / /

/ / /

/ / /

1  IT IS FURTHER ORDERED that Experian shall file its first amended answer within seven days of the date of this Order.

IT IS SO ORDERED.

Dated: __**March 10, 2023**__                    _____
UNITED STATES MAGISTRATE JUDGE